NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DANIEL E. OSBORNE, )
)
      Appellant, )
)
v. )   Case No. 2D17-1199
)
LISA C. CARPENTER, f/k/a LISA C. )
OSBORNE, )
)
      Appellee. )
_____)

Opinion filed February 2, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Collier County;
Geoffrey H. Gentile, Judge.

Raymond L. Bass, Jr., of Bass Law Office,
Naples, for Appellant.

Alexander C. Peterson of Family First Legal
Group, Naples, for Appellee.

PER CURIAM.

      Affirmed.

CASANUEVA, KELLY, and KHOUZAM, JJ., Concur.